AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Michelle C. Thompson

v.

Blockbuster, Inc. and
Jay Wells, Individually,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-12301**

TO: (Name and address of Defendant)

Blockbuster, Inc.
Corporation Service Company
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James G. Gilbert
Law Offices of James G. Gilbert
15 Front Street
Salem, MA 01970
(978) 744-9800

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY A_____

CLERK

(By) DEPUTY CLERK

DATE  OCT 28 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>December 9, 2004 |
| NAME OF SERVER *(PRINT)*<br>Richard Lombara | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by giving summons and complaint in hand to Bernardo Montanez, Process Specialist, Corporation Service Company, agent for Blockbuster, Inc.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL<br>$5.00 | SERVICES<br>$65.00 | TOTAL<br>$70.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___December 9, 2004___     ___Richard Lombara___
                    Date                              *Signature of Server*

                    943 Hale Street, Beverly, MA 01915
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.