%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE

Michelle C. Thompson

v.

Blockbuster, Inc. and
Jay Wells, Individually

2005 JAN 28 P 1: 18

**SUMMONS IN A CIVIL ACTION**

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER: 04-12301 RGS

TO: (Name and address of Defendant)

Jay Wells
c/o Jenny Cooper
Bingham McCutchen LLP
150 Federal St
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James G. Gilbert

Law Offices of James G. Gilbert
15 Front Street
Salem, MA 01970

978.744.9800

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  DEC 9 2004