AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ~~F M D~~ Massachusetts

Michelle C. Thompson

V.

Blockbuster, Inc. and
Jay Wells, Individually

FILED
IN CLERKS OFFICE

2005 JAN 28  P 1: 18

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

## 04  12301 RGS

TO: (Name and address of Defendant)

JAY WELLS
c/o Jenny Cooper
Bingham McCutchen LLP
150 Federal St
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James G. Gilbert

**Law Offices of James G. Gilbert**
**15 Front Street**
**Salem, MA 01970**

978.744.9800

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    1/14/2005