UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE C. THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLOCKBUSTER, INC., and )<br>JAY WELLS, individually. )<br>)<br>Defendants. ) | Docket No. 04-12301-RGS |

**JOINT STATEMENT SUBMITTED PURSUANT TO**
**FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Plaintiff Michelle C. Thompson ("Thompson" or "plaintiff") and Defendants Blockbuster Inc. and Jay Wells, (collectively "Blockbuster" or "defendants") submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1.

**A.    Summary of Positions**

Plaintiff

Thompson alleges Defendants unlawfully terminated her employment based on her gender, after disclosure of her pregnancy to company officials. In addition to state and federal discrimination claims, plaintiff alleges intentional infliction of emotional distress, breach of contract, and negligence.

Defendants

Defendants deny they discriminated against Thompson or that the termination of her employment was unlawful in any respect. Blockbuster alleges Thompson's employment was terminated based on a legitimate reason: her violation, as a District Leader, of Blockbuster's Policy of Zero Tolerance for harassment, discrimination, or inappropriate conduct.

B.  **Proposed Agenda for Scheduling Conference**

The parties jointly propose that the agenda for the May 16, 2005 scheduling conference include a discussion of the following topics:

1. Proposed discovery and expert discovery plan;
2. Proposed schedule for filing of motions, including dispositive motions;
3. Hearing dates for potential motions;
4. Proposed trial date;
5. Possible mediation; and
6. Settlement/alternative dispute resolution

C.  **Proposed Discovery Plan**

The parties jointly propose that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(c) and take place in accordance with the following schedule.

| Event | Date |
|---|---|
| Initial Disclosures and Document Exchange | served by June 30, 2005 |
| Amendments to Pleadings Joinder of Additional Parties | July 15, 2005 |
| Document requests | served by October 15, 2005 |
| Interrogatories | served by October 15, 2005 |
| Plaintiff's Expert Reports as required Fed. R. Civ. P. 26(a)(2) | served by November 15, 2005 |
| Depositions of fact witnesses (including document subpoena) | completed by January 15, 2006 |
| Defendants' Expert Reports as required Fed. R. Civ. P. 26(a)(2) | served by January 15, 2006 |
| Depositions of expert witnesses | completed by February 15, 2006 |
| All other discovery | completed by February 15, 2006 |

D.  **Motions**

All dispositive motions to be filed no later than March 15, 2006. All oppositions to any dispositive motions to be filed no later than April 15, 2006.

E.  **Certifications**

The certifications required by Local Rule 16.1(D)(3) will be filed separately on or before the day of the conference.

F.  **Mediation and Trial by Magistrate**

The parties agree to consider mediation on an ongoing basis as an option for the resolution of this matter. At this time, the parties do not consent to trial before a United States Magistrate Judge.

Respectfully submitted,

| **LAW OFFICES OF JAMES G. GILBERT** | **BINGHAM McCUTCHEN LLP** |
|---|---|
| /s/ James G. Gilbert /JKC | /s/ Jenny K. Cooper |
| James G Gilbert, BBO #552629 | Douglas T. Schwarz, BBO #548558 |
| 15 Front Street | Jenny K. Cooper, BBO #646860 |
| Salem, MA 01970 | 150 Federal Street |
| (978) 744-9800 | Boston, MA 02110 |
| | (617) 951-8000 |
| *Counsel for Plaintiff,* | |
| *Michelle C. Thompson* | *Counsel for Defendants, Blockbuster, Inc. and Jay Wells* |