UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE C. THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLOCKBUSTER, INC., and )<br>JAY WELLS, individually )<br>)<br>Defendants. )<br>) | DOCKET NO. 04-12301-RGS |

**PLAINTIFF'S CERTIFICATION OF
<u>COMPLIANCE WITH LOCAL RULE 16.1(D)(3)</u>**

The plaintiff, Michelle C. Thompson, and her counsel, hereby certify in accordance with Local Rule 16.1(D)(3) that they have conferred on the following:

1.  to establish a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2.  to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

MICHELLE C. THOMPSON

By her attorney,

/s/ James G. Gilbert
_____
James G. Gilbert (BBO #552629)
LAW OFFICES OF JAMES G. GILBERT
15 Front Street
Salem, MA 01970
(978) 744-9800

Dated: May 12, 2005

## **CERTIFICATE OF SERVICE**

    I, James G. Gilbert, counsel for the plaintiff herein, do hereby certify that I have served a copy of the foregoing upon defendants' counsel of record, Jenny K. Cooper, by first class mail, postage pre-paid on the above date.

                                    /s/ James G. Gilbert
                                    _____
                                    James G. Gilbert