UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE C. THOMPSON,<br><br>        Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., and<br>JAY WELLS, individually.<br><br>        Defendants. | Docket No. 04-12301-RGS |

**CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

This is to certify that Defendant Jay Wells. and his counsel, Bingham McCutchen LLP have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                              Respectfully submitted,

                                              BINGHAM MCCUTCHEN LLP,

                                              By: _____
                                              Douglas T Schwarz, BBO # 548558
                                              Jenny K. Cooper, BBO# 646860
                                              BINGHAM McCUTCHEN LLP
                                              150 Federal Street
                                              Boston, MA  02110

May 16, 2005                                       (617) 951-8000

BANK ONE                Fax:5025668551           May 16 2005  13:27     P.04

May 13, 2005

_____
Jay Wells


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by ~~first-class~~ *hand* mail on all counsel of record, this 16 day of May, 2005.

_____
Jenny K. Cooper