UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHELLE C. THOMPSON, | ) |
| Plaintiff, | ) |
|  | ) Docket No. 04-12301-RGS |
| v. | ) |
| BLOCKBUSTER, INC., and JAY WELLS, individually. | ) |
| Defendants. | ) |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

This is to certify that Defendant Blockbuster Inc. and its counsel, Bingham McCutchen LLP have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

BINGHAM MCCUTCHEN LLP,

By: _____
Douglas T Schwarz, BBO # 548558
Jenny K. Cooper, BBO# 646860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

LITDOCS/555452.1

-2-

                            BLOCKBUSTER INC.,

                By: _____
                          Bryan Stevenson
                          Corporate Counsel.
                          1201 Elm Street
                          Dallas, Texas 75270
                          (214) 854-3281

May _16_, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by ~~first class~~ *hand* mail on all counsel of record, this _16_ day of May, 2005.

                                                _____
                                                Jenny K. Cooper

LITDOCS/555452.1