UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                      )
MICHELLE C. THOMPSON,            )
                                                      )
       Plaintiff,              )
                                                      )
v.                                   )        DOCKET NO. 04-12301-RGS
                                                      )
BLOCKBUSTER, INC., and           )
JAY WELLS, individually           )
                                                      )
       Defendants.           )
                                                      )
_____)

## **PROTECTIVE ORDER**

Upon motion by the plaintiff in accordance with Rule 26(c)(5) of the Federal Rules of Civil Procedure and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Beth Neybert, Regional Human Resources Director for the defendant Blockbuster, Inc., is excluded from attending the deposition of Diane S. Sirard.

2. This order shall in no way prevent the defendant Blockbuster, Inc. from appointing any other employee as representative to attend the deposition.

3. This order shall remain in effect throughout the remainder of the discovery period in this matter.

4. The plaintiff is awarded her costs, including reasonable attorney's fees, associated with the filing of this motion.

Dated: _____

                                                               _____
                                                               Judge, United Stated District Court,
                                                               District of Massachusetts