# Tab A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE THOMPSON,<br><br>        Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC. and JAY WELLS,<br><br>        Defendants. | CIVIL ACTION<br>NO. 04-12301-RGS |

## PROTECTIVE ORDER

Upon Motion by the defendant consistent with Rule 26(c)(2) of the Federal Rules of Civil Procedure and upon a showing of good cause,

IT IS HEREBY ORDER THAT:

1. Beth Neybert, Blockbuster's selected corporate representative, shall be present for the deposition of third party witness Diane Sirard.

2. The deposition shall be held on a date agreed to by the parties and the witness, and be conducted in the John Joseph Moakley U.S. Courthouse.

3. The defendant is awards its costs, including reasonable attorney's fees, associated with the filing of this Motion and the Opposition to plaintiff's Motion for Protective Order.

Dated: _____

                                                                                          Judge, United States District Court,
                                                                                           District of Massachusetts