UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE C. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DOCKET NO. 04-12301-RGS |
| ) | |
| BLOCKBUSTER, INC., and ) | |
| JAY WELLS, individually ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO SUSPEND DISCOVERY PENDING MEDIATION**

The parties in the above captioned action hereby request that this Court suspend discovery effective June 19, 2006 to permit the parties to enter into mediation to attempt to resolve the litigation prior to further discovery. As grounds therefore, the parties' state as follows:

1. The parties have conducted extensive discovery in this matter, including depositions of key fact witnesses, as well as document productions and interrogatories.

2. After such discovery, the parties jointly agree that mediation may assist the parties to reach a resolution of this matter prior to completion of outstanding discovery and the filing of dispositive motions.

3. The parties seek to avoid additional expense to the extent possible through resolution by mediation.

4. The parties propose that the existing deadlines for discovery be suspended effective June 19, 2006, until the parties have completed mediation. The parties will select a mutually

LITDOCS/645202.1

agreeable mediator within 10 days of filing this motion, and schedule mediation as soon as possible with the selected mediator. Upon scheduling, the parties will notify the court of the mediation date.

5. At the conclusion of mediation, the parties will report to the Court as to whether the matter has been settled, further mediation is desired, or whether the parties will continue with discovery.

6. If mediation proves unsuccessful, and discovery recommences, the parties propose that discovery reconvene at the time of the parties' report to the Court, and that all deadlines in the attached discovery timetable be adjusted accordingly (Exhibit A).

WHEREFORE, the parties request that this Court ALLOW this joint motion.

Respectfully submitted,

| LAW OFFICES OF JAMES G. GILBERT | BINGHAM McCUTCHEN LLP |
|---|---|
| /s/ James G. Gilbert<br>James G Gilbert, BBO #552629<br>15 Front Street<br>Salem, MA 01970<br>(978) 744-9800 | /s/ Jenny K. Cooper<br>Douglas T. Schwarz, BBO #548558<br>Jenny K. Cooper, BBO #646860<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8000 |
| *Counsel for Plaintiff,*<br>*Michelle C. Thompson* | *Counsel for Defendants,*<br>*Blockbuster, Inc. and Jay Wells* |