Exhibit A

Amended Discovery Schedule

The parties jointly propose that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(c) and take place in accordance with the following schedule.

| Event | Date |
|---|---|
| Initial Disclosures and Document Exchange | served by June 30, 2005 |
| Amendments to Pleadings Joinder of Additional Parties | July 15, 2005 |
| Document requests | served by October 15, 2005 |
| Interrogatories | served by October 15, 2005 |
| Plaintiff's Expert Reports as required Fed. R. Civ. P. 26(a)(2) | served by March 15, 2005 |
| Depositions of fact witnesses (including document subpoena) | completed by July 15, 2006 |
| Defendants' Expert Reports as required Fed. R. Civ. P. 26(a)(2) | served by July 15, 2006 |
| Depositions of expert witnesses | completed by July 15, 2006 |
| All other discovery | completed by July 15, 2006 |
| Dispositive Motions | served by August 15, 2006 |
| Responses to Dispositive Motions | served by September 15, 2006 |

LITDOCS/627275.1