# United States District Court
# District of Massachusetts

MICHELLE C. THOMPSON,
    Plaintiff,

V.               CIVIL ACTION NO. 04-12301-RGS

BLOCKBUSTER, INC.,
ET AL,
    Defendants.

## *NOTICE OF AND ORDER REGARDING MEDIATION*

    In accordance with the Order of Reference for Alternative Dispute Resolution dated July 7, 2006, the parties are hereby notified that the court has scheduled a mediation conference for **Thursday, February 22, 2007 at 10:30 A.M.** in Courtroom #23 (7th Floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

    In addition, each party shall submit to Magistrate Judge Collings **no later than five business (5) days before the conference** a brief memorandum addressing the party's position on the merits of the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

    *In the event that you believe the case is not ripe for mediation at this*

*time, you must notify opposing counsel and the court as soon as possible.*[1]

    IT IS SO ORDERED.


                        */s/ Robert B. Collings*
                        ROBERT B. COLLINGS
                        United States Magistrate Judge

October 3, 2006.

---

[1] Examples of reasons why a case might not be ripe for mediation are (1) crucial discovery has not yet been done or (2) one or more of the parties is unwilling to settle the case on any terms or (3) one or more of the parties is unwilling to settle the case on any terms other than those which the other party or other parties will find impossible to accept.