UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


MICHELLE THOMPSON
    Plaintiff

       v.                                  CIVIL ACTION NO. 04-12301-RGS

BLOCKBUSTER, INC.
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION  HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS  ACTION TO THE DOCKET WITHIN  45  DAYS  IF SETTLEMENT IS  NOT CONSUMMATED.

    SO ORDERED.

                                    RICHARD G. STEARNS
                                    UNITED STATES DISTRICT JUDGE


               BY:

                        /s/ Mary  H. Johnson
                        Deputy Clerk

DATED: 12-12-06