UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHELLE C. THOMPSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | DOCKET NO. 04-12301-RGS |
| BLOCKBUSTER, INC., and JAY WELLS, individually, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION OF DISMISSAL

Plaintiff Michelle C. Thompson and Defendants Blockbuster Inc. and Jay Wells, state that in accordance with Fed. R. Civ. P. 41(a)(1) and Local Rule 68.2 that the above captioned action is hereby dismissed with prejudice and without costs to either party.

| MICHELLE C. THOMPSON | BLOCKBUSTER, INC. AND JAY WELLS, |
|---|---|
| By her Attorney, | By their Attorneys, |
| /s/ James G. Gilbert | /s/ Jenny K. Cooper |
| James G Gilbert, BBO #552629 | Douglas T. Schwarz, BBO #548558 |
| TINTI, QUINN, GROVER & FREY P.C.. | Jenny K. Cooper, BBO #646860 |
| 15 Front Street | BINGHAM McCUTCHEON LLP |
| Salem, MA 01970 | 150 Federal Street |
| (978) 744-9800 | Boston, MA 02110 |
|  | (617) 951-8000 |

Dated: January 26, 2007